UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID C. SHARP
19301 Watkins Mill Road
Montgomery Village, MD 20886

    Plaintiff,

vs.

GTCAPITOL, LLC.
601 F Street, NW
Washington, D.C. 20004

and

WASHINGTON SPORTS & ENTERTAINMENT, INC.
601 F Street, NW
Washington, D.C. 20004

    Defendants.

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

### Jurisdiction and Venue

1. This is an action for declaratory and injunctive relief, under the Americans With Disabilities Act of 1990, 42 U.S.C. §12101 et. seq. (the "ADA"), which prohibits discrimination against persons with disabilities with regard to their full enjoyment of and access to places of public accommodations.

2. The Court has jurisdiction to entertain this action under 28 U.S.C. §§1331 and 1343, as a case arising under a federal civil rights law.

3. Venue is proper under 28 U.S.C. § 1391(b) and applicable Local Rules, in that all material events occurred within the Court's assigned geographical area.

### Parties

LAW OFFICES
Maxwell & Barke
51 Monroe Place
Suite 806
Rockville, MD 20850
301.309.8300

1

4. Plaintiff, David Sharp ("Sharp"), is an adult resident of Maryland, and an individual with a disability substantially limiting a major life activity, covered by the ADA, in that he is a quadriplegic and a stroke survivor and uses a wheelchair for mobility.

5. Defendant, GTCapitol, LLC is a Maryland limited liability company, and the owner and operator of a bar and restaurant known as the Greene Turtle Sports Bar and Grille (the "Restaurant"), located at 601 F Street, NW, Washington D.C..

6. Defendant, Washington Sports & Entertainment, Inc., is a District of Columbia corporation, and the owner and operator of a sports arena and complex known as the Verizon Center ("Arena"), within which the Restaurant is located.

### The Restaurant and Arena are Public Accommodations

7. The Restaurant and Arena are places of public accommodation under Title III of the ADA, as defined by 42 U.S.C. §12181(7)(B).

### ADA Prohibition of Discrimination by Public Accommodations

8. Title III of the ADA prohibits discrimination against any individual on the basis of disability, in the full and equal enjoyment of the goods, services, facilities, privileges, advantages, or accommodations of any place of public accommodation by any person who owns, leases (or leases to) or operates a place of public accommodation, including a failure to design or construct facilities for first occupancy later than January of 1993, that are readily accessible to and usable by individuals with disabilities (42 U.S.C. §12183(a)(1)), and/or by failing to remove architectural barriers that are structural in nature in existing facilities (42 U.S.C. §12182(b)(2)(a)(iv)).



LAW OFFICES
Maxwell & Barke
51 Monroe Place
Suite 806
Rockville, MD 20850
301.309.8300

### Architectural Barriers to Access

9. There are architectural barriers at the Restaurant and Arena, which include but are not limited to the following:

   a) A lack of accessible seating positions provided in the bar area of the Restaurant;

   b) The force required to operate the entry door to the men's toilet room in the Restaurant is in excess of 5 lbs.

   c) No knee clearance provided at the common use lavatory within the men's toilet room at the Restaurant;

   d) An "accessible" toilet stall in the men's toilet room at the Restaurant is too narrow.

10. By failing to construct the Restaurant and Arena so that it is readily accessible to and usable by individuals with disabilities, and by failing to remove existing architectural barriers, defendants have discriminated against persons with disabilities, specifically those with mobility impairments, by denying them full and equal enjoyment of the goods, services, facilities, privileges, advantages and accommodations offered at the Restaurant and Arena, in violation of Title III of the ADA.

### Failure to Design and/or Construct Readily Accessible Public Accommodation : Unlawful Discrimination

11. Defendants have failed to design and/or construct the Restaurant and Arena so that each is readily accessible to and usable by people with disabilities covered by Title III of the ADA, in violation of §42 U.S.C. 12183(a)(1).

LAW OFFICES
Maxwell & Barke
51 Monroe Place
Suite 806
Rockville, MD 20850
301.309.8300

### Failure to Remove Barriers and/or
### Modify Policies: Unlawful Discrimination

12.    Defendants have failed to remove the above mentioned architectural barriers at the Restaurant and Arena to afford full and equal access and enjoyment of the Restaurant and Arena by persons with disabilities covered by Title III of the ADA, in violation of §42 U.S.C. 12182(b)(2)(A).

### Standing:
### Sharp's Visit and Intention to
### Return to the Restaurant and Arena

13.    Sharp has visited the Restaurant and Arena, and has eaten there, but was injured because his full and equal enjoyment of the Restaurant and Arena was denied and curtailed by the presence of the architectural barriers set forth above.

14.    Sharp intends and desires to visit the Restaurant and Arena again.

WHEREFORE, Sharp demands judgment against defendants, and requests:

    A.    That the Court declare that the place of public accommodations at issue in this case, to wit, the Greene Turtle Sports Bar and Grille and Arena, owned, leased and/or operated by defendants are not readily accessible to Sharp in violation of the ADA;

    B.    That the Court enter an order directing defendants to alter and renovate the place of public accommodation at issue in this case, to wit, the Greene Turtle Sports Bar and Grille, and Arena, to make them readily accessible to and usable by individuals with disabilities to the full extent required by the ADA;

    C.    That the Court enter an order directing the defendants to evaluate and neutralize their policies, practices and procedures toward persons with disabilities, for such reasonable time so as to allow them to undertake and complete the alterations and renovations at the place of

LAW OFFICES
Maxwell & Barke
51 Monroe Place
Suite 806
Rockville, MD 20850
301.309.8300

4

      public accommodation at issue in this case, to wit, the Greene Turtle Sports Bar and Grille, and Arena;

D.    That the Court award reasonable attorneys' fees, litigation costs (including expert fees) and other expenses of suit, to Sharp; and

E.    That the Court award such other and further relief as it deems necessary, just and proper.

Respectfully submitted,

    /s/
Joel Zuckerman, Esq.
District of Columbia Bar No. 480152
Maxwell & Barke LLC
51 Monroe Street, Suite 806
Rockville, MD 20850
Telephone:  (301) 309-8300
Facsimile:    (301) 309-8303
*Attorneys for the plaintiff*



LAW OFFICES
Maxwell & Barke
51 Monroe Place
Suite 806
Rockville, MD 20850
301.309.8300

5

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

David C. Sharp, 19301 Watkins Mill Rd., Gaithersburg, MD 20879

## DEFENDANTS

GT Capitol, LLC, 601 F Street, NW Washington, DC 20004, and Washington Sports & Entertainment, Inc,, 601 F Street, NW, Washington, DC 20004

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Montgomery
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Joel R. Zuckerman
Maxwell & Barke LLC
51 Monroe Pl, Ste 806
Rockville, MD 20850

Case: 1:07-cv-01627
Assigned To : Huvelle, Ellen S.
Assign. Date : 9/13/2007
Description: Civil Rights-Non-Employ.

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ● 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
- [ ] 410 Antitrust

### ○ B. Personal Injury/Malpractice
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Medical Malpractice
- [ ] 365 Product Liability
- [ ] 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
- [ ] 151 Medicare Act

**Social Security:**
- [ ] 861 HIA ((1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g)
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g)

**Other Statutes**
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)   OR   ○ F. Pro Se General Civil

**Real Property**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent, Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**Personal Property**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**Bankruptcy**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

**Property Rights**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**Federal Tax Suits**
- [ ] 870 Taxes (US plaintiff or defendant
- [ ] 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 RR & Truck
- [ ] 650 Airline Regs
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

**Other Statutes**
- [ ] 400 State Reapportionment
- [ ] 430 Banks & Banking
- [ ] 450 Commerce/ICC Rates/etc.
- [ ] 460 Deportation

- [ ] 470 Racketeer Influenced & Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Satellite TV
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 900 Appeal of fee determination under equal access to Justice
- [ ] 950 Constitutionality of State Statutes
- [ ] 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ⊙ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☒ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

⊙ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Americans With Disabilities Act 1990, 42 USC Section 12 101 et seq Americans With Disabilities Act 1990, 42 USC Section

**VII. REQUESTED IN COMPLAINT**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____   Check YES only if demanded in complaint   JURY DEMAND: YES ☐ NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE ~~08/30/2007~~ 9-13   SIGNATURE OF ATTORNEY OF RECORD   /s/ Joel R. Zuckerman /dgcl

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

    I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

    III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

    IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

    VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

    VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.