UNITED STATES DISTRICT COURT
District of Columbia

David C. Sharp,                                                    Case:   1:07-cv-01627
                                                                          Judge Ellen S. Huvelle

vs.

GT Capitol, LLC, *et al.*,

ANSWER TO COMPLAINT

    Now comes GT Capitol, LLC, by and through counsel, Steven T. Cain, and answers the complaint as follows:

1. The complaint fails to state a cause of action for which relief may be granted.

2. This defendant admits the allegations of paragraphs 2, 3, 7 and 8 of the complaint.

3. This defendant has insufficient knowledge to either admit or deny the allegation of paragraphs 4 and 6 of the complaint.

4. This defendant denies the trade name suggested in the paragraph 5, but admits the remaining allegations of that paragraph.

5. This defendant has insufficient knowledge to admit or deny the allegations of paragraph 9 although it has requested a survey of the premises and may have more specific information shortly.

6. Defendant denies any and all allegations not specifically admitted.

7. Defendant has acted in all instances reasonably and upon the advice of other professionals knowledgeable in areas relevant to these proceedings and made every reasonable effort to comply with requirements of law, and it will continue to make all such efforts.

Wherefore, it is respectfully requested that the complaint be dismissed.

/s/ Steven T. Cain
STEVEN T. CAIN, #01197
15051 Marlboro Pike
Upper Marlboro, MD  20772
(301) 627-4600
Fax: (301) 627-2716
Steve@SoMdLaw.com

### SERVICE

ON this 26th day of September, 2007, a copy of the foregoing was served electronically to all other parties.

/s/ Steven T. Cain
STEVEN T. CAIN