A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

David C. Sharp )
      Plaintiff(s) )   **APPEARANCE**
)
)
      vs. )   CASE NUMBER   1:07-cv-01627 ESH
GTCaptiol, LLC and )
Washington Sports & Entertainment, Inc. )
      Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Frank C. Morris, Jr.  as counsel in this
                (Attorney's Name)

case for:  Washington Sports & Entertainment, Inc.
            (Name of party or parties)

10-15-07
Date

*/s/ Frank C. Morris, Jr.*
Signature

Frank C. Morris, Jr.
Print Name

211482
BAR IDENTIFICATION

1227 - 25th Street, NW
Address

Washington, DC  20037
City    State    Zip Code

202 861 1880
Phone Number