IN THE UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| David C. Sharp, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 1:07-CV-01627 |
| WASHINGTON SPORTS & ENTERTAINMENT, INC., ET AL | : | |
| Defendant. | : | |

**PARTIES' PROPOSED DISCOVERY PLAN AND RULE 16.3 STATEMENT**

Pursuant to Local Rule 16.3, the parties submit the following:

1. <u>Proposed Discovery Plan</u>:

    i)  Initial Disclosures: **November 19, 2007**

    ii) Plaintiff's Rule 26(a)(2) Disclosure of Expert Witness and Report: **January 15, 2008**

    iii) Defendants' Rule 26(a)(2) Disclosure of Expert Witness and Report: **February 15, 2008**

    iv) Plaintiff's supplementation of expert disclosure: **February 29, 2007**

    v)  Discovery Close: **April 1, 2007**

    vi) **Subjects upon which discovery is needed:** The subject premises, and plaintiff's disability and patronage of premises.

        a) Plaintiff intends to undertake the following discovery: Written interrogatories, request for production of documents, and possibly, depositions of

     expert witnesses identified by defendants and corporate designee(s) of defendant(s).

  b) Defendants intend to undertake the following discovery: Written interrogatories, request for production of documents, and possibly, depositions of expert witnesses identified by plaintiff and the plaintiff.

2. **Report to Court pursuant to Rule 16.3**

 i) The parties are not certain at this point if the case can be or will be resolved by a dispositive motion.

 ii) The parties do not anticipate that the joinder of additional parties will be necessary.

 iii) The parties do not desire that the case be assigned to a magistrate judge for any purpose at this time. The parties may request a referral for settlement purposes as the case progresses.

 iv) The parties believe that there is a realistic possibility of settling this case.

 v) The parties believe that a referral to ADR may be appropriate as the case progresses, but not necessarily at this time.

 vi) Each party reserves the right to submit

   dispositive motions.  The proposed deadline for submission of such motions is May 15, 2008.  The proposed date for a decision would be July 15, 2008.

vii) The parties have agreed to provide initial disclosures.

viii) The parties' proposed discovery plan precedes this report.

ix) No modification of requirements under Rule 26(a)(2) is necessary.

x) This case is not a class action.

xi) There is no need to bifurcate this case.

xii) An appropriate pre-trial date would be within 30 days of any decision of any dispositve motions, or within 30 days of the close of discovery.

xiii) The parties believe that a firm trial date should be set at the final pre-trial conference.

xiv) The plaintiff intends to file an amended complaint to address a misnomer in the name of defendant, Washington Sports & Entertainment, Inc.  The proper name of the party defendant is Washington Sports & Entertainment, Limited Partnership.

Respectfully submitted:

/s/
_____
Joel R. Zuckerman
Attorney No.  480152
Maxwell & Barke LLC.
51 Monroe Place
Suite 806
Rockville, Maryland 20850
(301)309-8300 (V)
(301)309-8303 (Telecopier)
Zuckerman@maxlaw.us

**CERTIFICATE OF SERVICE**

I hereby certify that on this __2nd__ day of November, 2008, a true and correct copy of the foregoing was sent via this Court's ECF system to all counsel of record who have appeared in this case, namely:

Steven Cain, Esq.
Counsel for GT Capitol, Inc.

and

Frank C. Morris, Jr.
Counsel for Washington Sports and Entertainment, Inc.

_____/s/_____
Joel R. Zuckerman